**Order entered September 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01345-CR

### TIMOTHY ALEXANDER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F11-34377-N

## ORDER

The Court **DENIES** appellant's August 29, 2013 pro se motion to supplement the record V seeking to supplement the record in this case with volume 3 of the reporter's record filed in cause no. 05-12-00931-CR, styled *Daphne Hicks v. The State of Texas*. Volume 2 of the supplemental reporter's record filed in this appeal on August 5, 2013 is a duplicate of volume 3 filed in cause no. 05-12-00931-CR.

We **DENY** appellant's August 28, 2013 motion to supplement the record IV.

We **DENY** appellant's August 28, 2013 motion to review record II. It appears appellant's complaint is that he received copies of the two-volume supplemental record that do not bear a file-stamp and he received them before this Court ordered appellate counsel to provide them to appellant. We conclude his complaint is without merit.

We **DENY** appellant's August 28, 2013 "Motion to Preserve Appellate Record w/ Notice of Ineffective Assistance of Counsel and Notice of Rogue Court Reporter" to the extent appellant asks that we order that he be provided a new copy of the reporter's record. The remainder of the complaints will be treated as a letter filed rather than a motion.

We **GRANT** appellant's August 29, 2013 motion to file and consider his brief to the extent that appellant's pro se response to the *Anders* brief is properly before the Court.

The case is now at issue and will be submitted in due course.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Timothy Alexander, No. 12060058, Dallas County Jail, P.O. Box 660334, Dallas, Texas 75266-0334.

/s/     LANA MYERS
        JUSTICE